

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #:_____
                                DATE FILED: 9/6/2022
```

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
3 Huntington Quadrangle, Suite 102S, Melville, New York 11747
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Amy M. Monahan
Partner
amonahan@lbcclaw.com

Direct Dial: (516) 837-7385

September 1, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

  Re: *Josef Volman v. 64th & 3rd Enterprises LLC d/b/a Tony's DiNapoli*
    Case No.    : 21cv10705-MKV
    LBC&C File No. : 1480-106510

Dear Judge Vyskocil:

  We represent defendant 64th & 3rd Enterprises LLC d/b/a Tony's DiNapoli in the referenced matter. I write to request, on consent, an adjournment of the Initial Conference and related deadlines. The parties have been engaged in ongoing discussions about a possible resolution. We believe that additional time to continue those discussions would be beneficial and allow the defendant to preserve its limited resources for resolution of this matter.

              Respectfully submitted,

              *Amy M. Monahan*

AMM/aml            Amy M. Monahan

> **Granted. SO ORDERED.** The IPTC will take place on October 20, 2022 at 11:00 a.m. The joint letter and proposed CMP is due one week before. No further adjournments of these deadlines will be granted.
>
> Date: September 6, 2022  *Mary Kay Vyskocil*
> New York, New York    Mary Kay Vyskocil
>             United States District Judge

100 Eagle Rock Avenue, Suite 220, East Hanover, NJ 07936
T. 973.428.4824  F. 973.428.1036